IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERI L HINKEL, | |
| Plaintiff, | 8:24CV465 |
| vs. | |
| OMAHA PUBLIC SCHOOL DISTRICT, | **FINAL PROGRESSION ORDER** |
| | **(AMENDED)** |
| Defendant. | |

The Court grants the parties' joint motion to extend certain deadlines in the final progression order. Filing No. 14.

Accordingly,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for January 6, 2026 is continued and will be held with the undersigned magistrate judge on **February 24, 2026** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, except evidentiary trial preservation depositions, is February 20, 2026.

3) Evidentiary trial preservation depositions will be completed forty-five (45) days prior to trial, apart from extenuating circumstances regarding deponents necessitating a deposition closer in time to trial.

1

**Any objections to deposition designations and responses shall be fully submitted to the Court at least fourteen (14) days prior to trial.**

4) The deadline for filing motions to dismiss and motions for summary judgment is March 23, 2026.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 23, 2026.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression order, Filing No. 7, not amended herein remain unchanged.

Dated this 5th day of January, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge