IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERI L HINKEL, | |
| Plaintiff, | **8:24CV465** |
| vs. | |
| OMAHA PUBLIC SCHOOL DISTRICT, | **ORDER OF DISMISSAL** |
| Defendant. | |

This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 17). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice.

Dated this 16th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge